*139*

| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 10/1/2020/lc | |

M-20-1895-M

McALLEN Division     CR. No. **M - 20 - 167 5**

**INDICTMENT** Filed: October 7, 2020     Judge: **RANDY CRANE**

County: Hidalgo
Lions #: **2020R11078**

Attorneys:

UNITED STATES OF AMERICA     RYAN K. PATRICK, UNITED STATES ATTORNEY

v.     KRISTINA PEKKALA, ASST. U.S. ATTORNEY

GILBERTO MOLINA     Ct. 1     Michelle Lynette Taylor, FPD, (956) 630-2995
*Custody: 9/18/2020*

ALFREDO GONZALEZ     Ct. 1     Roel Esquivel, Apt'd, (956) 630-2995
also known as "Chino"
*Custody: 9/18/2020*

ALVARO RODRIGUEZ     Ct. 1     Armando P. Duran, Apt'd, (956) 630-2995
*Custody: 9/18/2020*

Charge(s):     Ct. 1:     Kidnapping.
Title 18, United States Code, Section 1201(c)

Total Counts
**(1)**

Penalty:     Ct. 1:     Imprisonment for any term of years or for life.

Agency:     Federal Bureau of Investigation – Kyle O Neal - 256C-SA-3317539

Date     Proceedings